NATIONWIDE MUTUAL INSURANCE COMPANY

v.

Katrina JOHNSON, Sheleatha Collins and Tiffany Collins

v.

Arthur FARQUHARSON and Prudential Insurance Company of America.

Appeal of Katrina JOHNSON, Sheleatha Collins and Tiffany Collins.

Supreme Court of Pennsylvania.

Argued Oct. 21, 1997.

Decided Jan. 6, 1998.

Olugbenga O. Abiona, Philadelphia, for K. Johnson, S. collins and T. Collins.

Audrey Jacobsen Copeland, Berwyn, for Nationwide Mut. Ins. Co.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

*ORDER*

PER CURIAM:

Order affirmed.